IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ANNETTE ANDERSON | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-14-084 |
| | § | |
| COLLEGE OF THE MAINLAND | § | |

## FINAL JUDGMENT

On this day the Court granted the Motion for Summary Judgment of Defendant, College of the Mainland, and dismissed all claims asserted against it by Plaintiff, Annette Anderson.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff, Annette Anderson, **RECOVER NOTHING**; that Anderson's First Amended Petition is **DISMISSED, on the merits, with prejudice**; and that each Party **SHALL** bear their own costs.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this _____10th_____ day of March, 2015.

_____
Gregg Costa
United States Circuit Judge
(Sitting by Designation)